Jason S. Brookner (TX Bar No. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Blake M. Bryan (TX Bar No. 24140152)
**GRAY REED**
1845 Woodall Rodgers Fwy
Suite 1300
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
             acarson@grayreed.com
             bbryan@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

**AGENDA FOR FIRST DAY HEARINGS**
**ON AUGUST 11, 2026, AT 1:30 P.M. CENTRAL TIME**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

their agenda for the matters set for hearing on **August 11, 2026, at 1:30 p.m. (prevailing Central**

**Time)**, before the Honorable Edward L. Morris, United States Bankruptcy Judge for the Northern

District of Texas (the "Hearing").  The Debtors will ask the Court to consider the following

matters:

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/SignalNational.  The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

4908-2313-6452

**I.**     <u>**Matters to be Heard:**</u>

**A.**     ***Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2]**

i.     <u>Related Documents:</u>

a.     *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

b.     *Notice of First Day Hearings* [Docket No. 15]; and

c.     *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

ii.     <u>Response Deadline:</u>  Prior to hearing.

iii.     <u>Status:</u>  This matter will go forward.  The Debtors believe that the U.S. Trustee has no objection to entry of the proposed order.

**B.**     ***Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Docket No. 3]**

i.     <u>Related Documents:</u>

a.     *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

b.     *Notice of First Day Hearings* [Docket No. 15]; and

c.     *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

ii.     <u>Response Deadline:</u>  Prior to hearing.

iii.     <u>Status:</u>  This matter will go forward. The Debtors believe that the U.S. Trustee has no objection to entry of the proposed order.

4908-2313-6452

**C.** ***Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, and Statements of Financial Affairs, and (II) Granting Related Relief* [Docket No. 8]**

    i.    <u>Related Documents:</u>

        a.    *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

        b.    *Notice of First Day Hearings* [Docket No. 15; and

        c.    *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

    ii.    <u>Response Deadline:</u>  Prior to hearing.

<u>Status</u>**:**  This matter will go forward.  The Debtors believe that the U.S. Trustee has no objection to entry of the proposed order.

**D.** ***Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Serve a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases, and (IV) Granting Related Relief* [Docket No. 4]**

    i.    <u>Related Documents:</u>

        a.    *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

        b.    *Notice of First Day Hearings* [Docket No. 15]; and

        c.    *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

    ii.    <u>Response Deadline:</u>  Prior to hearing.

    iii.    <u>Status:</u>  This matter will go forward.  The Debtors believe that the U.S. Trustee has no objection to entry of the proposed order.

3

E.   ***Debtors' Emergency Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent, Effective as of the Petition Date*** **[Docket No. 9]**

   i.   Related Documents:

      a.   *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

      b.   *Notice of First Day Hearings* [Docket No. 15]; and

      c.   *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

   ii.   Response Deadline:  Prior to hearing.

   iii.   Status:  This matter will go forward.

F.   ***Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and Honor All Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, and (C) Pay Premiums Thereunder, and (II) Granting Related Relief*** **[Docket No. 5]**

   i.   Related Documents:

      a.   *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

      b.   *Notice of First Day Hearings* [Docket No. 15]; and

      c.   *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

   ii.   Response Deadline:  Prior to hearing.

   iii.   Status:  This matter will go forward.

4908-2313-6452

**G.** ***Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief*** **[Docket No. 6]**

    i.   <u>Related Documents:</u>

        a.   *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

        b.   *Notice of First Day Hearings* [Docket No. 15]; and

        c.   *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

    ii.   <u>Response Deadline:</u>  Prior to hearing.

    iii.   <u>Status</u>**:**  This matter will go forward.

**H.** ***Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief*** **[Docket No. 7]**

    i.   <u>Related Documents:</u>

        a.   *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

        b.   *Notice of First Day Hearings* [Docket No. 15] and

        c.   *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

    ii.   <u>Response Deadline:</u>  Prior to hearing.

    iii.   <u>Status</u>**:**  This matter will go forward.

4908-2313-6452

I. ***Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief*** [Docket Nos. 11 & 12]

    i. <u>Related Documents:</u>

        a. *Declaration of Mark Shapiro in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 13];

        b. *Declaration of Mark Shapiro, Chief Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 14];

        c. *Notice of First Day Hearings* [Docket No. 15]; and

        d. *Certificate of Service* [Docket No. __] (to be filed prior to hearings).

    ii. <u>Response Deadline:</u>  Prior to hearing.

    iii. <u>Status</u>**:**  This matter will go forward.

II. <u>**Witness and Exhibit Lists**</u>

A. **Debtors' Witness and Exhibit List for August 11, 2026, Hearings** [Docket No. 20].

[*Remainder of page intentionally left blank*]

Respectfully submitted this 10th day of August, 2026.

**GRAY REED**

By:   */s/ Jason S. Brookner*
      Jason S. Brookner
      Texas Bar No. 24033684
      Amber M. Carson
      Texas Bar No. 24075610
      Blake M. Bryan
      Texas Bar No. 24140152
1845 Woodall Rodgers Fwy, Suite 1300
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
        acarson@grayreed.com
        bbryan@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on August 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

      */s/ Jason S. Brookner*
      Jason S. Brookner

4908-2313-6452