**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 11, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtor. | § | (Initial Debtor Cases Jointly Administered) |
| | § | (Joint Administration Requested for |
| | § | Subsequent Debtor Cases) |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF SUBSEQUENT DEBTORS' CHAPTER 11 CASES WITH INITIAL DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion ("Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/SignalNational. The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion, and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion and the record of the hearing on such Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Subsequent Debtors' chapter 11 cases shall be jointly administered by this Court, for procedural purposes only, with the Initial Debtors' chapter 11 cases under the case of Signal National LLC, Case No. 26-90190 (ELM) (the "Lead Case"). The chapter 11 cases of the Subsequent Debtors and the Initial Debtors, which shall henceforth be jointly administered pursuant to and in accordance with this Order, are as follows:

| **Subsequent Debtor Name** | **Case No.** | **Tax ID (last 4)** |
|---|---|---|
| 777 Equipment Finance LLC | 26-90214 | 2145 |
| NC Legacy LLC | 26-90215 | N/A |
| Novation Ventures, LLC | 26-90216 | 3244 |
| Signal Financial Holdings LLC | 26-90217 | 2121 |
| Signal Medical Receivables LLC | 26-90218 | 2121 |
| Structured Asset Services, LLC | 26-90219 | 5364 |

| Initial Debtor Name | Case No. | Tax ID (last 4) |
|---|---|---|
| Signal National LLC | 26-90190 | 6315 |
| 600 Partners LLC | 26-90191 | 5557 |
| 777 Asset Management LLC | 26-90192 | 3771 |
| 777 Partners LLC | 26-90193 | 2656 |
| Daedalus I LLC | 26-90194 | N/A |
| Employee Funding of America, LLC | 26-90195 | 5923 |
| F3EA Capital LLC | 26-90196 | 0204 |
| F3EA Holdings LLC | 26-90197 | 2746 |
| F3EA Servicing LLC | 26-90198 | 4077 |
| Ironman Capital LLC | 26-90199 | 7527 |
| Lex Capital Holdings LLC | 26-90200 | N/A |
| Lumiere Acquisitions Company LLC | 26-90201 | 4628 |
| Lumiere Financing LLC | 26-90202 | 2898 |
| Phoenicia LLC | 26-90203 | 5451 |
| Signal AHF Medical Receivables HoldCo LLC | 26-90204 | 8792 |
| Signal LF Portfolio Holdco LLC | 26-90205 | 2121 |
| Signal MLH Medical Receivables HoldCo LLC | 26-90206 | N/A |
| Signal Servicing LLC | 26-90207 | 2121 |
| Singer Asset Finance Company, L.L.C. | 26-90208 | 1768 |
| SuttonPark Capital LLC | 26-90209 | 9978 |
| SuttonPark Servicing LLC | 26-90210 | 1728 |
| Tactical Marketing Partners LLC | 26-90211 | 1728 |
| Thresher Acquisition LLC | 26-90212 | 8819 |

3. All pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, filed in the Lead Case shall bear the following consolidated caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SIGNAL NATIONAL LLC, *et al.*,[1] | § | Case No. 26-90190 (ELM) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/SignalNational. The Debtors' address for service in these chapter 11 cases is 3500 Maple Ave, Suite 420, Dallas, Texas 75219.

4. All orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, shall be filed and docketed in the Lead Case.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each Subsequent Debtor to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of Signal National LLC, *et al*. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 26-90190 (ELM).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list.

7. All proofs of claim, lists, schedules, and statements (if applicable) shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor

of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

8. The Debtors shall file monthly operating reports and Bankruptcy Rule 2015.3 reports on an entity-by-entity basis.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of any party in interest to seek entry of an order substantively consolidating these cases.

10. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. In the event that any of these cases have been assigned to separate judges, all such cases shall be transferred to the judge assigned Case No. 26-90190 (ELM), the Lead Case.

12. This Order is effective immediately upon entry, and the Clerk shall file a copy of this Order in the Lead Case and each of the member cases.

13. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:

Jason S. Brookner (TX Bar No. 24033684)
Amber M. Carson (TX Bar No. 24075610)
Blake M. Bryan (TX Bar No. 24140152)
**GRAY REED**
1845 Woodall Rodgers Fwy, Suite 1300
Dallas, TX 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
acarson@grayreed.com
bbryan@grayreed.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*